IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAROLD SHAWGNESSY SIMS**                                                                **PLAINTIFF**

**v.**                               **CASE NO. 4:18-CV-00637-BSM**

**HERALD PERRIN,** *et al.*                                                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE